On appellant's motion for reconsideration filed February 13, reconsideration allowed and victim's assistance assessment for conviction of driving while revoked reversed and former opinion (83 Or App 643, 732 P2d 943) otherwise adhered to April 22, 1987

## STATE OF OREGON,
*Respondent,*

*v.*

## DOUGLAS EUGENE ALDRICH,
*Appellant.*

(10-85-01927; CA A37536)

735 P2d 1288

Ernest E. Estes, Deputy Public Defender, Salem, for motion.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

NEWMAN, J.

## NEWMAN, J.

In his motion for reconsideration, defendant asserts that because, in our original opinion, 83 Or App 643, 732 P2d 943 (1987), we reversed his conviction for driving while revoked, we should also have reversed the victim's assistance assessment imposed for that crime. We agree. The court should only have imposed two assessments.

Reconsideration allowed; victim's assistance assessment for conviction for driving while revoked reversed; former opinion otherwise adhered to.